IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TAVARRES J. HENDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-017 |
| | ) | |
| JOANNA B. MASTNY and JASON R. HASTY, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

On March 26, 2019, the Court reported and recommended Plaintiff's complaint be dismissed for failure to state a claim. (Doc. no. 9.) The Court also set deadlines for the parties to object to the Court's Report and Recommendation ("R&R"). (Doc. no. 10.) On April 1, 2019, Plaintiff filed a notice of change of address even though his address remained Valdosta State Prison in Valdosta, Georgia. (Doc. no. 11.) In an abundance of caution, the Court **DIRECTS** the **CLERK** to re-serve the Court's March 26th R&R and Order on Plaintiff at his address as listed in his most recent notice, (doc. nos. 9-10), and **EXTENDS** the deadline for filing objections. Plaintiff shall have through and including April 19, 2019, to file objections to the March 26th R&R.

SO ORDERED this 4th day of April, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA