IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TAVARRES J. HENDERSON, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| vs. | ) Case No. CV119-017 |
| | ) |
| JOANNA B. MASTNY, JASON R. HASTY, | ) |
| | ) |
| Defendants-Appellees. | ) |

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this 22nd day of October, 2019.

_____
J. Randal Hall, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA